TUCKER ELLIS LLP
DANIEL J. KELLY SBN 145088
daniel.kelly@tuckerellis.com
REBECCA M. BIERNAT SBN 198635
rebecca.biernat@tuckerellis.com
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone:   415.617.2400
Facsimile:   415.617.2409

Attorneys for Defendant
OTIS ELEVATOR COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE D. JASPERSON,<br><br>                     Plaintiff,<br><br>          v.<br><br>OTIS ELEVATOR COMPANY<br>and DOES 1 through 20,<br><br>                     Defendants. | Case No. 2:25−cv−03504−DJC−CSK<br><br>**ORDER ALLOWING SUTTER HEALTH TO FILE A COMPLAINT IN INTERVENTION AND CONTINUING DEADLINE FOR JOINT STATUS REPORT**<br><br>Complaint Filed:   September 5, 2025<br>Trial Date:           None set |

017377\000453\2084367.1

## ORDER

FOR GOOD CAUSE SHOWN this Court ORDERS as follows:

(a)    Intervenor Sutter Health Workers' Compensation shall have leave to file a complaint-in-intervention pursuant to Fed.R.Civ.P. Rule 24.  The complaint-in-intervention shall be filed withing ten (10) days of this order.

(b)    The deadline for the parties to meet and confer pursuant to Fed.R.Civ.P. Rule 26(f) and prepare and submit the Joint Status Report required by the Initial Case Management Order [Document 5] is hereby extended to April 6, 2026.

IT IS SO ORDERED.


Dated:  February 25, 2026                    /s/ Daniel J. Calabretta
                                             _____
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE

TUCKER ELLIS LLP
201 Mission Street, Suite 2310, San Francisco, CA 94105  415.617.2400

ORDER

017377\000453\2084367.1